

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:          01-14-01030-CV

Trial Court Cause
Number:                PR-0075144

Style:                 Tarris  Woods

                       **v**  Sandra T. Kenner and Charles E. Twymon, Jr.

Date motion filed[*]:  December 28, 2015

Type of motion:        Motion for Leave to File Supplemental Appellant's Brief

Party filing motion:   Appellant, Tarris Woods

Document to be filed:  Supplemental Brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Terry Jennings
        ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: January 5, 2016